A. L. REINSCHMIDT, D. J. REINSCHMIDT AND J. L. REIN-
SCHMIDT, COPARTNERS, DOING BUSINESS UNDER THE FIRM
NAME OF PENSACOLA COOPERAGE COMPANY, *Appellants*, v.
THE LOUISVILLE & NASHVILLE RAILROAD COMPANY, A COR-
PORATION, AND L. G. CROSBY, *Appellees*.

Division A.

Opinion Filed October 16, 1925.

Where under the allegations of a bill of complaint an equity for
substantial relief may be shown by appropriate and sufficient
evidence, it is error to sustain a general demurrer to the bill.

An Appeal from the Court of Record for Escambia
County; C. Moreno Jones, Judge.

Reversed.

*John S. Beard* and *John P. Stokes*, for Appellants;

*P. D. Beall, E. C. Maxwell* and *Carter & Yonge*, for Ap-
pellees.

WEST, C. J.—To an amended bill of complaint seeking to
enjoin defendants from interrupting or interfering with
the use by complainants of certain railroad tracks from the
main line of the defendant railroad company to the factory
of complainants or of obstructing such track, a demurrer
was sustained and the bill dismissed.

This appeal is from that order.

Because of the somewhat complicated state of facts shown by the bill we shall not at this stage of the proceedings discuss the principles of law involved.

It is sufficient to say that under the allegations of the bill an equity for substantial relief may be shown by appropriate and sufficient evidence; therefore the demurrer to the bill of complaint should have been overruled. Florida East Coast R. Co. v. City of Miami, 80 Fla. 329, 86 So. 208; Wells v. Williams, 80 Fla. 498, 86 So. 336.

The order appealed from is reversed.

Reversed.

ELLIS AND TERRELL, J. J., concur.

WHITFIELD, P. J., AND STRUM, J., concur in the opinion.

BROWN, J., not participating.